**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No. 5:21-cr-25-TKW-MAL**
**5:23-cv-144-TKW-MAL**

**LYNN PRICE,**

**Defendant.**
_____________________________________/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 80). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Defendant's §2255 motion should be denied without an evidentiary hearing. The Court also agrees that a certificate of appealability should be denied.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's §2255 motion (Doc. 66) is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 21st day of August, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**